

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2015

No. 04-14-00887-CR

Ricky Allenwentzel **CALBAT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR14-049
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Before the Court is the State's motion to abate for sentencing stating this Court is without jurisdiction because appellant was not present in the courtroom at the time the trial court imposed sentence. Because this omission precludes appellate jurisdiction, the State moves to abate this appeal and remand to the trial court for proper sentencing. Appellant agrees that abatement and remand is the proper remedy.

Accordingly, we abate this appeal and remand this cause to the trial court. The trial court is ORDERED to conduct a sentencing hearing with appellant present in the courtroom within 30 days of the date of this order.

It is further ORDERED a supplemental clerk's record and reporter's record must be filed in this court no later than 10 days from the date of the sentencing hearing.

All appellate filing dates are ABATED pending further orders from this court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court